# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria

| | |
|---|---|
| KEITH CARROLL, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:17-cv-01205-CMH-JFA |
| NORTHWEST FEDERAL CREDIT UNION ("Northwest FCU") | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant Northwest Federal Credit Union, by its undersigned counsel, hereby moves this Court for an order dismissing the Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted and pursuant to Fed. R. Civ. P. 12(b)(1) for want of jurisdiction. The grounds for this motion are set forth in the accompanying Memorandum of Law.

December 7, 2017

Respectfully submitted,

/s/ *John M. Bredehoft*
John M. Bredehoft, Esquire
Virginia State Bar No. 33602
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Phone: (757) 624-3225
E-mail: jmbredehoft@kaufcan.com

Randy C. Sparks, Jr., Esquire
Virginia State Bar No. 40723
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Phone:  (804) 771-5700
E-mail:  rcsparks@kaufcan.com
**Counsel for Defendant**
**Northwest Federal Credit Union**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Strelka, Esquire
L. Leigh R., Strelka, Esquire
STRELKA LAW OFFICE, P.C.
119 Norfolk Avenue, SW
Roanoke, Virginia 24011
E-mail:  thomas@strelkalaw.com
E-mail:  leigh@strelkalaw.com
**Counsel for Plaintiff**

　　　　　　　　　　　　　　　　　　　　　　　/s/ *John M. Bredehoft*

16124331v1