# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-01205-CMH-JFA |
| | ) |
| NORTHWEST FEDERAL | ) |
| CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Motion of National Association of Federally-Insured Credit Unions for leave to file a brief as *amicus curiae*, and good cause appearing, it is hereby

**ORDERED** that the motion for leave to file a brief as *amicus curiae* is granted; it is further

**ORDERED** that the Clerk shall cause the brief to be filed and entered on the docket of the above-captioned matter.

**IT IS SO ORDERED.**

Date _____    _____
United States District Judge