IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEITH CARROLL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:17-cv-01205-CMH-JFA |
| NORTHWEST FEDERAL CREDIT UNION, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Proposed *Amicus Curiae* National Association of Federally-Insured Credit Unions, by and through undersigned counsel, and pursuant to Rule 7(E) of the Local Rules for the Eastern District of Virginia, hereby waives oral argument on its Motion for Leave to File Brief as *Amicus Curiae* in the above-captioned case. Counsel for Plaintiff and Defendant each consented to this waiver.

Dated: December 21, 2017

Respectfully submitted,

_____/s/_____
Edward Lee Isler, Va. Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690/(703) 748-2695 (fax)
eisler@islerdare.com

<u>Of Counsel</u>
Carrie R. Hunt
Pamela Yu
NATIONAL ASSOCIATION OF
FEDERALLY-INSURED CREDIT UNIONS
3138 10th Street North
Arlington, Virginia 22201-2149
(703) 842-2234
chunt@nafcu.org

*Counsel for Amicus Curiae National Association of Federally-Insured Credit Unions*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas E. Strelka, Esq.
>L. Leigh R. Strelka, Esq.
>STRELKA LAW OFFICE, PC
>119 Norfolk Avenue, SW,
>Warehouse Row, Suite 330
>Roanoke, Virginia 24011
>thomas@strelkalaw.com
>leigh@strelkalaw.com
>
>Scott J. Ferrell, Esq.
>Victoria Knowles, Esq.
>PACIFIC TRIAL ATTORNEYS
>4100 Newport Place, Suite 800
>Newport Beach, California 92660
>sferrell@pacifictrialattorneys.com
>vknowles@pacifictrialattorneys.com
>
>*Counsel for Plaintiff*

and

>John M. Bredehoft, Esq.
>Randy C. Sparks, Jr., Esq.
>KAUFMAN & CANOLES, P.C.
>150 West Main Street, Suite 2100
>Norfolk, Virginia 23510
>E-mail: jmbredehoft@kaufcan.com
>E-mail: rcsparks@kaufcan.com
>
>*Counsel for Defendant*

>/s/
>Edward Lee Isler, Va. Bar No. 27985
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690/(703) 748-2695 (fax)
>eisler@islerdare.com
>*Counsel for Amicus Curiae National Association of Federally-Insured Credit Unions*